Sheehan & Associates, P.C.        60 Cuttermill Rd Ste 409, Great Neck NY 11021-3104
spencer@spencersheehan.com        tel. 516.268.7080     fax 516.234.7800

May 10, 2021

District Judge Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

                                         Re:    1:21-cv-01202-PGG
                                                    Carter v. Ralph Lauren Corp.

Dear District Judge Gardephe:

       This office represents the plaintiff. In accordance with the Court's Individual Rules, the parties request an adjournment of the initial conference and the accompanying submissions.

       The original date for the initial conference is May 20, 2021, with the accompanying joint letter and proposed Case Management Plan to be submitted by May 13, 2021.

       This action was filed on February 10, 2021. ECF No. 1. On May 4, 2021, defendant waived service, and its answer or response is due July 6, 2021. ECF No. 6. The parties request an adjournment so defendant can evaluate the case and discuss it with the undersigned in advance of the date by which its answer or response is due.

       There have been no previous requests for adjournment of the initial conference and accompanying submissions. No previous request was granted or denied. Defendant consents to this request. The proposed new date for the initial conference is July 15, 2021, with the accompanying submissions to be filed no later than July 8, 2021. This request is submitted at least 48 hours prior to the time by which the submissions are required. Thank you.

                                                          Respectfully submitted,

                                                          /s/Spencer Sheehan

MEMO ENDORSED

The application is granted. The conference scheduled for May 20, 2021 is adjourned to **July 15, 2021 at 9:45 a.m.**

SO ORDERED.

*[signature]*
_____
Paul G. Gardephe
United States District Judge

May 11, 2021