Sheehan & Associates, P.C.  60 Cuttermill Rd Ste 409, Great Neck NY 11021-3104
spencer@spencersheehan.com  tel. (516) 268-7080  fax (516) 234-7800

July 9, 2021

District Judge Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  1:21-cv-01202-PGG
Carter v Ralph Lauren Corporation

Dear District Judge Gardephe:

This office represents the plaintiff. On July 6, 2021, defendant filed a letter seeking a pre-motion conference to dismiss the complaint. ECF No. 9, Def. Ltr. In accordance with your Honor's Individual Rules, plaintiff is required to respond within three business days.

Plaintiff will file an amended complaint on or before July 27, 2021, 21 days after Defendant's pre-motion letter. Fed. R. Civ. P. 15(a)(1)(B). Thank you.

Respectfully submitted,

/s/Spencer Sheehan

MEMO ENDORSED

The conference currently scheduled for July 15, 2021 is adjourned sine die.  By August 3, 2021, Defendant will submit a letter stating whether it wishes to move to dismiss the amended complaint, and if so, will propose a briefing schedule that has been discussed with Plaintiff's counsel.

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge

July 13, 2021